## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Joseph Edwards                                    CHAPTER 7

             Debtor(s)

                                                            BKY. NO. 17-15720 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                          Respectfully submitted,

                                        **/s/ Rebecca Solarz, Esquire**
                                        Rebecca Solarz, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322 FAX (215) 627-7734