# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joseph Edwards <br> _Debtor(s)_ | CHAPTER 7 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 17-15720 REF |
| Joseph Edwards <br> _Debtor(s)_ | |
| Lynn E. Feldman Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor to exercise its rights under its loan documents and state law, relating to the 2017 TOYOTA PRIUS PLU , VIN:JTDKARFP7H3001381.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Date: October 6, 2017**

United States Bankruptcy Judge.

cc: See attached service list