United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 17-15720-ref
Joseph Edwards                                                             Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR         Page 1 of 1              Date Rcvd: Oct 06, 2017
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
db             +Joseph Edwards,    103 Burning Tree Lane,    Reading, PA 19607-3404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2017 01:36:48      Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Joseph   Edwards NO1JTB@juno.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
              MARY F. KENNEDY    on behalf of Creditor   Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com,   tami@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Joseph Edwards<br>　　　　　　　　Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>　　　　　　　　Movant<br>　　vs. | NO. 17-15720 REF |
| Joseph Edwards<br>　　　　　　　　Debtor(s) | |
| Lynn E. Feldman Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

　　The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

　　ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor to exercise its rights under its loan documents and state law, relating to the 2017 TOYOTA PRIUS PLU , VIN:JTDKARFP7H3001381.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Date: October 6, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list