Certificate Number: 12433-PAE-DE-030094659

Bankruptcy Case Number: 17-15720



12433-PAE-DE-030094659

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 30, 2017, at 7:13 o'clock AM EDT, Joseph Edwards completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 30, 2017             By:  /s/Lisa Susoev

                                    Name:  Lisa Susoev

                                    Title:  Teacher