United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-15720-ref
Joseph Edwards                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin              Page 1 of 2              Date Rcvd: Dec 22, 2017
                              Form ID: 318             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2017.
```
db          +Joseph Edwards,    103 Burning Tree Lane,    Reading, PA 19607-3404
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13972688    +Ashworth College,    6625 The Corners Parkway, Suite 500,    Norcross, GA 30092-3388
13972690    +Best Egg,    4315 Pickett Road,    PO Box 3999,    Saint Joseph, MO 64503-0999
13972694    +Citibank - Exxon Mobil,    PO Box 6404,    Sioux Falls, SD 57117-6404
13972695    +Citizen’s Bank Business Card,    PO Box 9665,    Providence, RI 02940-9665
13972696    +Citizens Bank,    PO Box 9665,    Providence, RI 02940-9665
13972697     Citizens One Home Loans,    PO Box 42111,    Providence, RI 02940-2111
13972698    +Daimler - Mercedes Benz Financial Serv.,    c/o Alternative Collections LLC,
              3842 Harlem Road, #341,    Buffalo, NY 14215-1935
13972699    +Dept. of Revenue,    PO Box 281101,    Harrisburg, PA 17128-1101
13972700    +Discover Bank,    502 Market Street,    Greenwood, DE 19950-9700
13972701    +Ezold law Firm,    1 Belmont Avenue, Suite 501,    Bala Cynwyd, PA 19004-1608
13972702    +Flying Hills Trust,    10 Village Center Drive,    Reading, PA 19607-3397
13972704    +Lending Club Credit Control, LLC,    5757 Phantom Drive, Ste 330,    Hazelwood, MO 63042-2429
13972705    +Mack Services Group,    45 Branch Drive,    PO Box 557,    Berwyn, PA 19312-0557
13972706    +Met-Ed.,    PO Box 3687,    Akron, OH 44309-3687
13972707    +Raedy Refresh,    #215  6661 Dixie Highway, Ste 4,    Louisville, KY 40258-3950
13972708    +Service Electric,    6400 Perkiomen Avenue,    Birdsboro, PA 19508-9126
13972711    +Township of Cumru - Sewer Dept.,    1775 Welsh Road,    Mohnton, PA 19540-8803
13972714    +Volkswagen Credit,    2200 Ferdinand Porsche Drive,    Herndon, VA 20171-5884
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QLEFELDMAN.COM Dec 23 2017 00:43:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
              221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg         +E-mail/Text: robertsl2@dnb.com Dec 23 2017 00:42:16      Dun & Bradstreet, INC,
              3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 23 2017 00:42:23      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13972689    +EDI: TSYS2.COM Dec 23 2017 00:43:00      Barclay Card,    PO Box 13337,
              Philadelphia, PA 19101-3337
13972691    +EDI: CAPITALONE.COM Dec 23 2017 00:43:00      Capital One Bank,    PO Box 71083,
              Charlotte, NC 28272-1083
13972692    +EDI: RMSC.COM Dec 23 2017 00:43:00      Care Credit - Synchrony Bank,    PO Box 960061,
              Orlando, FL 32896-0061
13972693    +EDI: CHASE.COM Dec 23 2017 00:43:00      Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
13972703     EDI: IRS.COM Dec 23 2017 00:43:00      Internal Revenue Service,    Dept. of Treasury,
              Cincinnati, OH 45999
13973226    +EDI: PRA.COM Dec 23 2017 00:43:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14011481     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2017 00:42:09
              Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
              Harrisburg PA 17128-0946
13972709    +EDI: RMSC.COM Dec 23 2017 00:43:00      Synchrony Bank/Lazy Boy,    PO Box 960061,
              Orlando, FL 32896-0061
13972710    +EDI: RMSC.COM Dec 23 2017 00:43:00      Synchrony Bank/Toys R Us,    PO Box 530938,
              Atlanta, GA 30353-0938
13972712     EDI: TFSR.COM Dec 23 2017 00:38:00      Toyota Financial Services,    PO Box 5855,
              Carol Stream, IL 60197
13972713    +EDI: VERIZONWIRE.COM Dec 23 2017 00:43:00      Verizon Wireless,    PO Box 25505,
              Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: admin                Page 2 of 2                  Date Rcvd: Dec 22, 2017
                              Form ID: 318               Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:
```
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Joseph  Edwards NO1JTB@juno.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com,  tami@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                     TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Joseph Edwards** | Social Security number or ITIN **xxx–xx–4010** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **17–15720–ref**

## Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph Edwards

12/21/17                                                                                    **By the court:**  Richard E. Fehling
                                                                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                                      **Order of Discharge**                                                      page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**